IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-28-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| MICHAEL RAY LUFBOROUGH, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 46). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on July 30, 2024. (Doc. 37).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 924(d). (Docs. 45, 45-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Therefore,

1

IT IS HEREBY ORDERED that the Motion for Final Order of Forfeiture (Doc. 46) is **GRANTED**;

FURTHER, Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Taurus International G3C Pistol, 9mm caliber, SN: 1KA29025
- 12 Rounds of Assorted Ammunition, 9mm caliber

FURTHER, the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 19th day of September, 2024.

Susan P. Watters, District Judge
United States District Court