IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-28-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL RAY LUFBOROUGH, | |
| Defendant. | |

Defendant having filed an Opposed Motion to Withdraw Guilty Plea (Doc. 56) on October 15, 2024,

**IT IS HEREBY ORDERED** that the sentencing hearing set for Thursday, October 24, 2024 at 9:30 a.m. is **VACATED** for the reason that the briefing deadlines extend beyond the October 24, 2024 sentencing hearing.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of October, 2024.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE